IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| In the Matter of the Search of | : | |
| --- | --- | --- |
| | : | MC-08-151 |
| 2802 Concord Pike, Wilmington, DE 19803; | : | MC-08-152 |
| 3607 Kirkwood Highway, Wilmington, DE 19808; | : | MC-08-153 |
| 2911 Philadelphia Pike, Claymont, DE 19703; | : | MC-08-154 |
| 30 South Chapel Street, Newark, DE 19711; | : | MC-08-155 |
| 101 N. Dupont Highway, New Castle, DE 19720; | : | MC-08-156 |
| 2960 Kirkwood Highway, Newark, DE 19711; and | : | MC-08-157 |
| 1530 N. Dupont Highway, New Castle, DE 19720 | : | |

### MOTION AND ORDER TO UNSEAL SEARCH WARRANTS

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley Wolf, Assistant United States Attorney for the District of Delaware, moves that the Search Warrants in the above-captioned cases be unsealed. On August 12, 2008, these warrants were signed. At that time, the Court granted the Government's Motions to Seal until further order of the Court. There is no longer need for these matters to remain under seal. Accordingly, the Government respectfully moves that the files be unsealed in the interests of justice.



FILED
AUG 26 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: _____
Lesley F. Wolf
Assistant United States Attorney

Dated: August 26, 2008

AND NOW, this __26__ day of __August__, 2008, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be unsealed.

FILED
AUG 26 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
Honorable Mary Pat Thynge
United States Magistrate Judge